**CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDSAY, ET AL. | : |
| | : |
| Plaintiff, | : Case No.: 2:90-cv-02659-DMC-JAD |
| | : |
| v. | : |
| | : |
| ASBESTOS CORP. LTD., ET AL., | : |
| | : |
| Defendants. | : |

### ORDER

The court having been advised that the remaining claims have been transferred to the "Bankruptcy Only" docket by the Hon. Eduardo C. Robreno, USDJ in the Eastern District of Pennsylvania on November 24, 2010, and the suggestion of Remand having been vacated in the same Order; and

For good cause shown,

It is on this 15th day of July, 2011

**ORDERED** that all claims against all viable defendants in the above-captioned case is **DISMISSED** and the case is hereby **CLOSED**.

_____
DENNIS M. CAVANAUGH, U. S. D. J.